# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT MICHAEL VANLEEUWEN,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | No. 5:23-cv-00630-SVW-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Petitioner's Motion for a *Rhines* stay (ECF 16) is denied as moot.
3. The Petition (ECF 1) is dismissed with prejudice.
4. Judgment shall be entered consistent with this Order.

1      5.    The Court Clerk shall serve this Order and the Judgment on all
2  counsel or parties of record.

4  DATED: August 12, 2024

                                      HONORABLE STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE